NUMBER 13-02-695-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


LENORA BARNES , Appellant,



v.




GARY STEINBECK AND GENEVA STEINBECK , Appellees.

____________________________________________________________________



On appeal from the County Court at Law No. 1

of Victoria County, Texas.


____________________________________________________________________



MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam




 Appellant, LENORA BARNES , perfected an appeal from a judgment entered by the County Court at Law No. 1 of
Victoria County, Texas, in cause number 1-11,207 . The clerk's record was filed on December 5, 2002 . The reporter's
record was filed on January 28, 2003 . Pursuant to Tex. Gov't Code §51.207(b)(1) and § 51.941(a)(1), a filing fee in the
amount of $125.00 is due upon the filing of an appeal. To date, appellant has failed to pay the filing fee. 

 On January 17, 2003, pursuant to Tex. R. App. P. 42.3(c), notice was given to appellant that she was delinquent in
remitting this filing fee and that, unless the filing fee was paid within ten days from the date of receipt of this Court's
notice, this appeal would be dismissed. To date, appellant has failed to respond to this Court's notice.

 The Court, having considered the documents on file and appellant's failure to comply with the rules, is of the opinion that
the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 17th day of April, 2003.

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).